# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GENE STOWERS                                                                                PLAINTIFF

VS.                          CASE NO.    3:19-CV-00238-DPM

ARKANSAS, STATE OF et al                                                           DEFENDANTS

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 26th day of August, 2019.

AT THE DIRECTION OF THE COURT<br>
JAMES W. McCORMACK, CLERK

By:  J. Kornegay
     Deputy Clerk