# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GENE STOWERS                                                                                    PLAINTIFF

v.                                    No. 3:19-cv-238-DPM

STATE OF ARKANSAS; ARKANSAS
DEPARTMENT OF PARKS AND
TOURISM, Powhatan Historic State Park;
KRISTYN WATTS, Park Superintendent,
Individually and in her official capacity;
and MICK HAVEN, Park Interpreter,
Individually and in his official capacity                                                       DEFENDANTS

## ORDER

The summonses for Watts and Haven were returned unexecuted because they lacked addresses. № 5. Stowers must provide the Clerk with new summonses for Watts and Haven that include their last-known addresses as soon as practicable. Counsel must deliver process to the U.S. Marshal for the Eastern District of Arkansas, and the Court directs the Marshal to serve the new summonses and complaint without prepayment of fees. If Stowers does not provide new summonses for Watts and Haven by 29 November 2019, his claims against them will be dismissed without prejudice. The Court also extends the time to serve them until 10 January 2020.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*8 November 2019*