IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GENE STOWERS                                      PLAINTIFF

v.                  No. 3:19-cv-238-DPM

STATE OF ARKANSAS; ARKANSAS
DEPARTMENT OF PARKS AND
TOURISM, Powhatan Historic State Park;
KRISTYN WATTS, Park Superintendent,
Individually and in her official capacity;
and MICK HAVEN, Park Interpreter,
Individually and in his official capacity        DEFENDANTS

## JUDGMENT

Stowers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 Ap. 2020